UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERNEST LAIL, | 1:20-cv-2840 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| J.L. JAMISON, | |
| Respondent. | |

**APPEARANCES**:

Ernest Lail
11572-057
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

    Petitioner pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant United States Attorney
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 March 16, 2020, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on May 12, 2020, see ECF No. 7; and

    WHEREAS, on June 19, 2020, Respondent requested an

extension of 14 days, making the answer due June 26, 2020, see ECF No. 12; and

WHEREAS, the Court concluding that a brief extension is in the interests of justice,

THEREFORE, IT IS on this  22nd   day of June, 2020

ORDERED that Respondent's request for an additional 14 days to answer is granted, ECF No. 12; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |