```
           UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ERNEST LAIL, | 1:20-cv-2840 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| J.L. JAMISON, | |
| Respondent. | |

**APPEARANCES**:

Ernest Lail
11572-057
Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

    Petitioner pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant United States Attorney
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

    Attorneys for Respondent

**HILLMAN**, District Judge

    WHEREAS, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on March 16, 2020, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on May 12, 2020, see ECF No. 7; and

WHEREAS, on June 19, 2020, Respondent requested an extension of 14 days, making the answer due June 26, 2020, see ECF No. 12; and

WHEREAS, the Court granted Respondent's request, ECF No. 13; and

WHEREAS, Respondent has not filed its answer,

THEREFORE, IT IS on this  9th   day of July, 2020

ORDERED that within 14 days of this Order, Respondent shall show cause in writing why the petition should not be granted; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |